# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MIRIAM SANTOS and LUIS LOPEZ SIERRA,**

    Plaintiffs,

v.                               Case No: 8:20-cv-460-MSS-AEP

**RAFAEL A. FERNANDEZ,**

    Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiffs' Motion for Remand and Motion for Sanctions. (Dkt. 5) Defendant has filed a Notice of Withdrawal of Removal and Consent to Remand in which he "withdraws his removal and consents to remand" based on his "unintentional error in calculat[ing]" the thirty-day time limit for removing actions to federal court. (Dkt. 7) Upon consideration of the Motion, the Court concludes that this case must be remanded based on Defendant's failure to file a timely notice of removal. See 28 U.S.C. § 1446(b)(3) ("[I]f the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."); South Dallas Water Authority v. Guarantee Co. of N. Am., USA, 767 F. Supp. 2d 1284, 1299 (S.D. Ala. 2011) ("The time limit set forth in § 1446(b) is mandatory and must be strictly applied.").

Plaintiffs also seek attorney's fees and costs incurred as a result of the improper removal. (Dkt. 5 at 8; see also 28 U.S.C. § 1447(c) ("An order remanding the case may

require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal.")) "Considering the circumstances of this case, particularly [Defendant's] agreement that this case should be remanded due to a straightforward procedural mistake," the Court rejects Plaintiffs' request for attorney's fees and costs. Hatcher v. Progressive Specialty Ins. Co., No. CIV.A. 14-0409, 2014 WL 6938238, at *2 (S.D. Ala. Dec. 8, 2014) (rejecting fee request as "unwarranted" where the case "was not timely removed to federal court" but the defendant "agree[d] that the Notice of Removal was untimely and that this matter should be remanded").

It is, therefore, **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Remand and Motion for Sanctions, (Dkt. 5), is **GRANTED IN PART AND DENIED IN PART**.

2. The Clerk is **DIRECTED** to **REMAND** this case to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

3. Plaintiffs' request for attorney's fees and costs incurred as a result of the improper removal is **DENIED**.

4. The Clerk is **DIRECTED** to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of March, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person